SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 05-01178-MMM | Date December 19, 2006 |

Present: The Honorable  MARGARET M. MORROW

Interpreter

| ANEL HUERTA | N/A | MARK CHILDS (NP) |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. DONATO SANCHEZ | NOT | | X | 1. DARLENE RICKER | NOT | | X |

**Proceedings:** IN CHAMBERS - COURT ORDER

On December 15, 2005, the court received a Notice of Conflict regarding Darlene Ricker's representation of defendant Donato Sanchez. In Mrs. Ricker's notice, she states that she has become aware of a conflict that may affect her ability to continue to represent Mr. Sanchez.

Accordingly, the Court hereby relieves Darlene Ricker as counsel of record, and appoints CJA Marilyn Bednarski in place of Mrs. Ricker.

Mrs. Ricker is directed to turn over her file to Marilyn Bednarski within 48 hours of the date of this order.

cc:  Marilyn Bednarski
     CJA

CR-11 (09/98)                    CRIMINAL MINUTES - GENERAL                    Initials of Deputy Clerk